400 A.2d 610

Commonwealth v. McCaskill, Appellant.

Argued December 6, 1978. Saul H. Segan, for appellant; Eric B. Henson, Assistant District Attorney, for Commonwealth, appellee.

Before PRICE, SPAETH and WATKINS, JJ.

Judgment of sentence affirmed.